HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER M. TAYLOR,

        Plaintiff,

   v.

DEA,

        Defendant.

CASE NO. C18-334 RAJ

ORDER

This matter comes before the Court on Defendant's motion to dismiss. Dkt. # 7. Plaintiff did not oppose the motion. The Court considers this to be "an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2). Accordingly, the Court **GRANTS** the motion.

Dated this 23rd day of July, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1